IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00960-BNB

HAROLD JEROME THORNTON,

    Applicant,

v.

L. DANIELS, Warden,

    Respondent.

## ORDER TO FILE PRELIMINARY RESPONSE

    Applicant, Harold Jerome Thornton, is currently in the custody of the Federal Bureau of Prisons and is incarcerated currently at the United States Penitentiary in Jonesville, Virginia. At the time he initiated this action, Mr. Thornton was incarcerated in the District of Colorado. Mr. Thornton has filed *pro se* an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. # 10]. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    As part of the preliminary consideration of the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case and pursuant to **Keck v. Hartley**, 550 F. Supp. 2d 1272 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate <u>for claims one and two only</u>. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies under **Garza v. Davis**, 596 F.3d 1198, 1203 (10th Cir. 2010). If Respondent does not intend to raise the affirmative defense,

Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits all relevant portions of the administrative record, including but not limited to copies of all documents demonstrating whether Applicant has exhausted administrative remedies.

Applicant may reply to the Preliminary Response and provide any information that might be relevant to the exhaustion of administrative remedies. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

Dated: August 22, 2013

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge